IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00640-WYD-MJW

SHERRON LEWIS, et al.,

Plaintiff(s),

v.

ALL PUBLIC TRUSTEES FAILING TO ACT UNDER THE LAWS OF THE STATE OF COLORADO; et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Pro Se Plaintiff's Motion to Reconsider Plaintiff's Motion to Proceed at June 21, 2005 Scheduling Conference by Telephone, filed with the Court on June 16, 2005, is DENIED. The Plaintiff shall appear in person for the Scheduling Conference on June 21, 2005, at 8:30 a.m. No further motions to continue this hearing will be considered.

Date: June 20, 2005