IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-CV-00640-WYD-MJW**

SHERRON LEWIS, et al.,

Plaintiff(s),

v.

ALL PUBLIC TRUSTEES FAILING TO ACT UNDER THE LAWS OF THE STATE OF COLORADO; et al.,

Defendant(s).

---

MINUTE ORDER

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

     It is hereby **ORDERED** that State Defendants, District Courts of the State of Colorado and State of Colorado's Motion to Quash (docket no. 18) is **GRANTED.** On June 3, 2005, Plaintiffs served an <u>**unsigned**</u> copy of a summons and "First Amendment of Right" and civil Complaint upon Denver City and County District Chief Judge H. Jeffrey Bayless and on Denver City and County District Judges R. Michael Mullins and Robert t S. Hyatt and also upon Denver City and County Magistrates Elizabeth D. Leith and Diane Dupree.  Pursuant to Fed. R. Civ. P. 4(a) and (c)(1), a summons must be signed by the clerk and bear the seal of the Court before being served upon each defendant.  In addition, none of these judges and magistrates are named in this lawsuit and they cannot accept service on behalf of the State of Colorado.  <u>See </u>Fed. R. Civ. P. 4(j).  Moreover, none of these judges and magistrates can accept service on behalf of the "District Courts of the State of Colorado."

     It is **FURTHER ORDERED** that the Plaintiffs shall forthwith serve all defendants consistent with the Federal Rules of Civil Procedure and file proof of service with this court or show cause why this case should not be dismissed.  A show causing hearing is set before Magistrate Judge Michael J. Watanabe on July 25, 2005, at 10:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Nineteenth Street, Denver, Colorado.

Date:  July 18, 2005