IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-640-WYD-MJW

SHERRON LEWIS, PRO SE;
JAMES BAILEY, PRO SE;
and ALLEN RUSSELL, PRO SE,

    Plaintiff(s),

v.

ALL PUBLIC TRUSTEES FAILING TO ACT UNDER THE LAWS OF THE STATE OF COLORADO;
THE DISTRICT COURT(S) OF THE STATE OF COLORADO
AND THE STATE OF COLORADO; and
THE CITY AND COUNTY OF DENVER,

    Defendant(s).

_____

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**
_____

    THIS MATTER is before the Court in connection with Plaintiff Allen's Stipulated Motion to Dismiss, filed June 24, 2005.  Pro Se Plaintiff Tyrone W. Allen moves therein for an Order "dismissing [him] from the above captioned cause," based on his assertion that he has entered into a settlement agreement which prohibits his participation in this suit.  *See* Stipulated Motion to Dismiss.  The motion was referred to Magistrate Judge Michael J. Watanabe for a recommendation by Order of Reference dated June 24, 2005.  Magistrate Judge Watanabe issued a Recommendation on June 29, 2005, that the motion, which he construed as a Motion to Dismiss pursuant to Fed. R. Civ. P. 41(b), be granted and that the case between Pro Se Plaintiff Tyrone W. Allen and all Defendants be dismissed with prejudice.  *Recommendation* at 2.  The Recommendation

is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation.  *Id.* at 2.  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate."  *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Watanabe comports with sound legal authority and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(a).  I agree that Pro Se Plaintiff Tyrone W. Allen's claims should be dismissed.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Watanabe dated June 29, 2005, is **AFFIRMED** and **ADOPTED**.  In accordance therewith, it is

ORDERED that Pro Se Plaintiff Tyrone W. Allen's Stipulated Motion to Dismiss, filed June 24, 2005, is **GRANTED**, and the case between Pro Se Plaintiff Tyrone W. Allen and all Defendants is hereby **DISMISSED WITH PREJUDICE.**

Dated: August 4, 2005

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge