IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-CV-00640-WYD-MJW**

SHERRON LEWIS, et al.,

Plaintiff(s),

v.

ALL PUBLIC TRUSTEES FAILING TO ACT UNDER THE LAWS OF THE STATE OF COLORADO; et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the State of Colorado's Motion to Stay Discovery and Disclosures Pending the Determination of Eleventh Amendment Immunity (docket no. 42) is GRANTED pursuant to Kiowa Indian Tribe v. Hoover, 150 F.3d 1163, 1172 (10th Cir. 1998).  This case is **STAYED** as to Defendant the State of Colorado **ONLY** until after this court rules on the Defendant State of Colorado's Motion to Dismiss (docket no. 34).

Date: September 21, 2005