IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-640-WYD-MJW

SHERRON LEWIS, PRO SE;
JAMES BAILEY, PRO SE;
and ALLEN RUSSELL, PRO SE,

      Plaintiff(s),

v.

ALL PUBLIC TRUSTEES FAILING TO ACT UNDER THE LAWS OF THE STATE OF COLORADO;
THE DISTRICT COURT(S) OF THE STATE OF COLORADO
AND THE STATE OF COLORADO; and
THE CITY AND COUNTY OF DENVER,

      Defendant(s).

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court in connection with Magistrate Judge Michael J. Watanabe's Recommendation that Claims Brought by Plaintiffs Consumer Equity Solutions, LLP and James Bailey Be Dismissed for Failure to Appear, Failure to Prosecute, and Failure to Comply With Court Orders and that Those Plaintiffs Pay Defendants' Expenses for Appearance at August 29, 2005, Hearing, entered September 19, 2005 (the "Recommendation").  This case was referred to Magistrate Judge Watanabe by Order of Reference Dated April 15, 2005.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).  In the Recommendation, which is incorporated herein by reference, Magistrate Judge Watanabe recommends that this action be

dismissed with prejudice pursuant to Fed. R. Civ. P. 16(f) with respect to the claims brought by Plaintiffs James Bailey and Consumer Equity Solutions, LLP, based upon their failure to prosecute, failure to appear, and failure to comply with court orders. *Recommendation* at 4.  In addition, Magistrate Judge Watanabe recommends that these Plaintiffs be directed to pay the reasonable expenses incurred, including attorney fees, by the Defendants for their appearance at the August 29, 2005, proceeding. *Recommendation* at 5.  The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation.  *Recommendation* at 5.  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate."  *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Watanabe comports with sound legal authority and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(a).  I agree that the claims brought by Plaintiffs James Bailey and Consumer Equity Solutions, LLP should be dismissed with prejudice pursuant to Fed. R. Civ. P. 16(f). Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge

Watanabe dated September 19, 2005, is **AFFIRMED** and **ADOPTED**.  In accordance therewith, it is

ORDERED that the claims brought by Plaintiff James Bailey and Plaintiff Consumer Equity Solutions, LLP, are hereby **DISMISSED WITH PREJUDICE.**  It is

FURTHER ORDERED that Plaintiff James Bailey and Plaintiff Consumer Equity Solutions, LLP shall pay to Defendants the reasonable expenses incurred, including attorney fees, by Defendants for their appearance at the August 29, 2005, proceeding.

Dated:  October 27, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge