IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00640-WYD-MJW

SHERRON LEWIS, ET AL.,

Plaintiffs,

v.

ALL PUBLIC TRUSTEES FAILING TO ACT UNDER THE LAWS OF THE STATE OF
COLORADO, ET AL.

Defendants.

---

## ENTRY OF APPEARANCE

---

COMES NOW, Rosanne M. Hall, of McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP, and enters her appearance as counsel for Jennifer M. McCallum, Trustee in
bankruptcy of Sherron L. Lewis, Jr.

1.      Sherron L. Lewis, Jr. filed a Bankruptcy Petition on October 15, 2005, Case No.
05-45913-MER.  Jennifer M. McCallum was appointed Interim Trustee.

2.      The properties listed in Plaintiff's "Civil Complaint and notice of Intent to File
Motion for Injunction" in this case are listed by Mr. Lewis as assets of the bankruptcy estate.
Pursuant to 11 U.S.C. §323(a), "The trustee in a case under this title is the representative of the
estate."  Further, "The Trustee in a case under this title has capacity to sue and be sued."  11
U.S.C. §323(b).

3.     Jennifer M. McCallum, as Trustee, will therefore act as a representative of the Estate in this action.

DATED this 29th day of November, 2005.

McElroy, Deutsch, Mulvaney & Carpenter, LLP

By:   s/Rosanne M. Hall
      Rosanne M. Hall
      1700 Broadway, Suite #1900
      Denver, Colorado 80290-1901
      Telephone:  (303) 293-8800
      Fax: (303) 839-0036
      E-mail: rhall@mdmlawco.com
      *Attorneys for Jennifer M. McCallum,*
      *Trustee in Bankruptcy of Sherron L. Lewis, Jr.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 29, 2005, a true and correct copy of the above **Entry of Appearance** was electronically filed with the Clerk of Court using the CM/ECF system and served to the following parties by method indicated below:

Sherron Lewis
2551 York Street
Denver, CO 80205
*Via U.S. Mail*

James Bailey
100 River Street
Red Bank, NJ 07701
*Via U.S. Mail*

Brian J. Berardini
Douglas Wayne Brown
Brown, Berardini & Dunning, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222
Email: bberardini@bbdfirm.com
        dbrown@bbdfirm.com

Jamie Grant Siler
Bloom, Murr & Accomazzo, P.C.
410 Seventeenth Street, #2400
Denver, CO 80202
Email: jsiler@bmalaw.com

Mark M. Rhodes
Rhodes & Salmon, P.C.
1801 Lomas Blvd., NW
Albuquerque, NM 87104
Email: mmr@rspcnm.com

Danielle Leah Moore
Colorado Dept. of Law
1525 Sherman Street, 5th Floor
Denver, CO 80203
Email: danielle.moore@state.co.us

Andrew Thomas Snyder
Larry G. Johnson
Hopp & Shore, LLC
333 West Hampden Ave., #500
Englewood, CO 80110
Email: a.snyder@hoppshore.com
        llgjohnson@aol.com

Deanna L. Westfall, Esq.
Castle Meinhold & Stawiarski, LLC
999 18th Street, Suite 2201
Denver, CO 80202
Email: dwestfall@cmsatty.com

s/ Kathleen Porter
_____