IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-CV-00640-WYD-MJW**

SHERRON LEWIS, et al.,

Plaintiff(s),

v.

ALL PUBLIC TRUSTEES FAILING TO ACT UNDER THE LAWS OF THE STATE OF COLORADO; et al.,

Defendant(s).

ORDER and RECOMMENDATION ON ALL PENDING MOTIONS

Entered by Magistrate Judge Michael J. Watanabe

The case is **STAYED** based upon the bankruptcy that has been filed by Plaintiff Sherron Lewis. <u>See</u> docket no. 87 staying this case until March 17, 2006. Accordingly, it is hereby **ORDERED** that the following motions are **DENIED WITHOUT PREJUDICE**:

1. Plaintiff's Motion for Leave to File Second Amend and Jury Demand (docket no. 31);

2. Plaintiff's Motion for Leave to File Amendment First Amendment of Right (docket no. 58);

3. Plaintiff's Motion for Leave to File Fourth Amended Complaint Pursuant to the Court's Order of June 3, 2005 and Jury Demand (docket no. 75)

4. Defendant's Motion for Attorney Fees (docket no. 77); and,

5. Plaintiff's Motion for Leave to File Fifth Amended Complaint (docket no. 84).

It is **FURTHER RECOMMENDED** that the following motions be **DENIED WITHOUT PREJUDICE**:

1. Plaintiff's Motion for Preliminary Injunction (docket no. 25);

2. Motion for Preliminary Injunction (filed by Allen Russell who is not a party

        to this action) (docket no. 26);

3.    Motion for Preliminary Injunction (filed by Allen Russell who is not a party to this action)(docket no. 27);

4.    Defendant's Motion to Dismiss (docket no. 34); and,

5.    Defendant's Motion to Dismiss (docket no. 44).

**NOTICE:  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have ten (10) days after service of this recommendation to serve and file written, specific objections to the above recommendation with the District Judge assigned to the case.  The District Judge need not consider frivolous, conclusive, or general objections.  A party's failure to file and serve such written, specific objections waives *de novo* review of the recommendation by the District Judge, Fed. R. Civ. P. 72(b), <u>Thomas v. Arn</u>, 474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions.  <u>Makin v. Colorado Dep't of Corrections</u>, 183 F.3d 1205, 1210 (10th Cir. 1999); <u>Talley v. Hesse</u>, 91 F.3d 1411, 1412-13 (10th Cir. 1996).**

Dated this 1st Day of February, 2006.

                BY THE COURT:

                <u>S/Michael J. Watanabe</u>
                United States Magistrate Judge