IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-640-WYD-MJW

SHERRON LEWIS, PRO SE;
JAMES BAILEY, PRO SE;
and ALLEN RUSSELL, PRO SE,

    Plaintiff(s),

v.

ALL PUBLIC TRUSTEES FAILING TO ACT UNDER THE LAWS OF THE STATE OF COLORADO;
THE DISTRICT COURT(S) OF THE STATE OF COLORADO
AND THE STATE OF COLORADO; and
THE CITY AND COUNTY OF DENVER,

    Defendant(s).

_____

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**
_____

THIS MATTER is before the Court in connection with Plaintiff's Motion for Preliminary Injunction filed July 8, 2005 (docket #25), Motion for Preliminary Injunction (filed by Allen Russell who is not a party to this action) filed July 11, 2005 (docket #26), Motion for Preliminary Injunction (filed by Allen Russell who is not a party to this action) filed July 13, 2005 (docket #27), Defendant's Motion to Dismiss filed August 11, 2005 (docket #34), and Defendant's Motion to Dismiss filed August 25, 2005 (docket #44). These motion were referred to Magistrate Judge Michael J. Watanabe for a recommendation by Order of Reference dated June 24, 2005.  Magistrate Judge Watanabe issued a Recommendation on February 1, 2006, noting that the case is

currently stayed based on the bankruptcy filed by Plaintiff Sherron Lewis, and recommending that the above referenced motions be denied without prejudice. Recommendation at 1, 2. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. *Id.* at 2. Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Watanabe is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced motions should be denied without prejudice. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Watanabe dated February 1, 2006, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

ORDERED that Plaintiff's Motion for Preliminary Injunction filed July 8, 2005 (**docket #25**), Motion for Preliminary Injunction (filed by Allen Russell who is not a party

to this action) filed July 11, 2005 (**docket #26**), Motion for Preliminary Injunction (filed by Allen Russell who is not a party to this action) filed July 13, 2005 (**docket #27**), Defendant's Motion to Dismiss filed August 11, 2005 (**docket #34**), and Defendant's Motion to Dismiss filed August 25, 2005 (**docket #44**), are **DENIED WITHOUT PREJUDICE**.

Dated: February 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge