IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-640-WYD-MJW

SHERRON LEWIS, PRO SE;
JAMES BAILEY, PRO SE;
and ALLEN RUSSELL, PRO SE,

     Plaintiff(s),

v.

ALL PUBLIC TRUSTEES FAILING TO ACT UNDER THE LAWS OF THE STATE OF COLORADO;
THE DISTRICT COURT(S) OF THE STATE OF COLORADO
AND THE STATE OF COLORADO; and
THE CITY AND COUNTY OF DENVER,

     Defendant(s).

## ORDER

THIS MATTER is before the Court on the Notice of Substitution of Counsel filed August 16, 2006 (docket #104) by attorney Martin A. Bloom of the firm Bloom Murr & Accomazzo, P.C.  The Notice states that attorney Jamie Grant Siler, who previously entered an appearance on behalf of Bloom Murr & Accomazzo, P.C. , is no longer a member of the firm, and requests that the Court direct "all future notices and pleadings to Martin A. Bloom, Esq."  The Court will construe the Notice of Substitution as a Motion to Withdraw.  Therefore, it is hereby

ORDERED that the request for withdrawal is **GRANTED** and attorney Jamie Grant Siler is permitted to withdraw as counsel for Bloom Murr & Accomazzo, P.C.

Dated: August 22, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge