IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-640-WYD-MJW

SHERRON LEWIS, PRO SE;
JAMES BAILEY, PRO SE;
and ALLEN RUSSELL, PRO SE,

     Plaintiff(s),

v.

ALL PUBLIC TRUSTEES FAILING TO ACT UNDER THE LAWS OF THE STATE OF
COLORADO;
THE DISTRICT COURT(S) OF THE STATE OF COLORADO
AND THE STATE OF COLORADO; and
THE CITY AND COUNTY OF DENVER,

     Defendant(s).

---

**ORDER**
_____

THIS MATTER is before the Court in connection with the Motion for Temporary

Restraining Order Pursuant to Rule 65(b), filed by *pro se* Plaintiff Sherron Lewis on

October 4, 2006 (docket #80).  This case is currently stayed based on the voluntary

bankruptcy petition filed by Plaintiff in the Bankruptcy Court for the District of Colorado

on October 14, 2005, in case no. 05-45913-MER.  *See* 11 U.S.C. § 362(a).  No party

has moved to lift the stay, and this Court shall take no further action on this case until

the automatic stay has been lifted.  Accordingly, the Motion for Temporary Restraining

Order Pursuant to Rule 65(b), (docket #80) is **DENIED WITHOUT PREJUDICE**.

Dated:  October 4, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge