IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-00640-WYD-MJW

SHERRON LEWIS, ET AL.,

Plaintiffs,

v.

ALL PUBLIC TRUSTEES FAILING TO ACT UNDER THE LAWS OF THE STATE OF
COLORADO, ET AL.

Defendants.

_____

**ORDER RE: STATUS REPORT AND MOTION TO VACATE
OCTOBER 18, 2006 STATUS CONFERENCE**
( Docket no  109 )
_____

This matter came before the Court on the Status Report and Motion to Vacate October

18, 2006 Status Conference (the "Status Report") filed by Jennifer M. McCallum, Ph.D., Esq., as

the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Sherron L. Lewis, Jr.. Based

upon the information in the Status Report, good cause having been shown,

THE COURT HEREBY ORDERS as follows:

1.      The Status Conference scheduled for October 18, 2006, at 8:30 a.m., is hereby

VACATED; and

2.      The Trustee shall file a further Status Report on the earlier of: (a) three business

days after the Bankruptcy Court rules on the motions that were heard on October 6, 2006, or (b)

November 30, 2006.

IT IS SO ORDERED.

DATED this $1\,2^{\text{TH}}$ day of October, 2006.

BY THE COURT:

United States District Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

2