IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-640-WYD-MJW

SHERRON LEWIS, PRO SE;
JAMES BAILEY, PRO SE;
and ALLEN RUSSELL, PRO SE,

      Plaintiff(s),

v.

ALL PUBLIC TRUSTEES FAILING TO ACT UNDER THE LAWS OF THE STATE OF
COLORADO;
THE DISTRICT COURT(S) OF THE STATE OF COLORADO
AND THE STATE OF COLORADO; and
THE CITY AND COUNTY OF DENVER,

      Defendant(s).

---

### ORDER OF DISMISSAL
_____

      THIS MATTER is before the Court in connection with the Status Report filed by

Jennifer M. McCallum, the Chapter 7 Trustee for the bankruptcy estate of Plaintiff

Sherron Lewis (hereafter "Trustee").  This case is currently stayed based on the

voluntary bankruptcy petition filed by Plaintiff in the Bankruptcy Court for the District of

Colorado on October 14, 2005, in case no. 05-45913-MER.  *See* 11 U.S.C. § 362(a).

All causes of action belonging to Plaintiff at the commencement of his bankruptcy case,

including the causes of action asserted in this case, became property of the bankruptcy

estate.  11 U.S.C. § 541(a).  The Trustee, as the representative of the bankruptcy

estate, is the only party with standing to prosecute causes of action belonging to

Plaintiff's bankruptcy estate.  *See Parker v. Wendy's International, Inc.*, 365 F.3d 1268,

1272 (11th Cir. 2004).  According to the Status Report, the United States Bankruptcy

Court entered an Order on November 14, 2006, denying the Debtor's Motion to

Remove Trustee and granting the Trustee's Motion to Approve Compromise of

Controversies ("Order").  In the Order, the Bankruptcy Court approved the Trustee's

agreement to settle all state and federal litigation belonging to Plaintiff at the

commencement of his bankruptcy case.  Based on the information contained in the

Status Report and the Order, I find that all claims and causes of action asserted in this

case should be **DISMISSED WITH PREJUDICE**.

Dated:  November 22, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge